FORM 1

Page No: 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 13-51352 | | | Trustee Name: | Walter W. Kelley |
|---|---|---|---|---|---|
| Case Name: | GREEN SR, DAVID F. | | | Date Filed (f) or Converted (c): | 05/29/2013 (f) |
| For the Period Ending: | 03/31/2016 | | | §341(a) Meeting Date: | 07/03/2013 |
| | | | | Claims Bar Date: | 02/03/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Duplex 125 and 127 North Point Drive, Centervill | $120,000.00 | $0.00 | | $2,337.85 | $17,662.15 |
| 2 | One-half ownership interest in two landlocked ri | $7,000.00 | $7,000.00 | | $0.00 | $7,000.00 |
| 3 | 12 cemetary lots located at Dames, Church, Monro | $3,600.00 | $3,600.00 | | $0.00 | $3,600.00 |
| 4 | Cash | $100.00 | $100.00 | | $0.00 | FA |
| 5 | Certus Bank Forsyth Rd Macon, GA 31210 Checking | $214.00 | $214.00 | | $0.00 | FA |
| 6 | Monroe County Bank - Checking account No. xxxx53 | $500.00 | $200.00 | | $0.00 | $200.00 |
| 7 | Robins Federal Credit Union - Checking account | $100.00 | $44.00 | | $0.00 | $44.00 |
| 8 | Heritage Bank - Checking account No. xxxx1297 | $1,200.00 | $900.00 | | $0.00 | $900.00 |
| 9 | Sofa located in living room | $250.00 | $250.00 | | $0.00 | FA |
| 10 | Club chairs with ottomon (2) | $200.00 | $200.00 | | $0.00 | FA |
| 11 | End tables located in living room (2) | $100.00 | $100.00 | | $0.00 | FA |
| 12 | Lamps located in living room (4) | $150.00 | $150.00 | | $0.00 | FA |
| 13 | Rug (9x12) located in living room | $162.50 | $162.50 | | $0.00 | FA |
| 14 | Coffee table, wooden located in living room | $112.50 | $112.50 | | $0.00 | FA |
| 15 | Portrait of son located in living room | $237.50 | $237.50 | | $0.00 | FA |
| 16 | Andirons located living room | $75.00 | $75.00 | | $0.00 | FA |
| 17 | Step stool located in living room | $37.50 | $37.50 | | $0.00 | FA |
| 18 | Corner china cabinet located in dining room | $300.00 | $300.00 | | $0.00 | FA |
| 19 | Chandelier located in dining room | $200.00 | $200.00 | | $0.00 | FA |
| 20 | Rugs. small located in Foyer (3'x5') (2) | $200.00 | $200.00 | | $0.00 | FA |
| 21 | Small table located in foyer | $100.00 | $100.00 | | $0.00 | FA |
| 22 | Drapes located in dining room | $187.50 | $187.50 | | $0.00 | FA |
| 23 | Brass plant bucket located in living room | $62.50 | $62.50 | | $0.00 | FA |
| 24 | Drapes in living room | $187.50 | $187.50 | | $0.00 | FA |
| 25 | Mixer located in kitchen | $10.00 | $10.00 | | $0.00 | FA |
| 26 | Blender in kitchen | $10.00 | $10.00 | | $0.00 | FA |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 13-51352 | | | Trustee Name: | Walter W. Kelley |
|---|---|---|---|---|---|
| Case Name: | GREEN SR, DAVID F. | | | Date Filed (f) or Converted (c): | 05/29/2013 (f) |
| For the Period Ending: | 03/31/2016 | | | §341(a) Meeting Date: | 07/03/2013 |
| | | | | Claims Bar Date: | 02/03/2014 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27 | Toaster located in kitchen | $5.00 | $5.00 | | $0.00 | FA |
| 28 | TV located in kitchen | $25.00 | $25.00 | | $0.00 | FA |
| 29 | Pots and pans located in kitchen | $32.50 | $32.50 | | $0.00 | FA |
| 30 | Rug located in kitchen | $87.50 | $87.50 | | $0.00 | FA |
| 31 | Chest located in hallway | $175.00 | $175.00 | | $0.00 | FA |
| 32 | Mirror located in hallway | $42.50 | $42.50 | | $0.00 | FA |
| 33 | Jones County Georgia framed map located in hallw | $25.00 | $25.00 | | $0.00 | FA |
| 34 | Mirror located in half-bath | $20.00 | $20.00 | | $0.00 | FA |
| 35 | Lamp located in half-bath | $10.00 | $10.00 | | $0.00 | FA |
| 36 | King bed located in master bedroom | $225.00 | $225.00 | | $0.00 | FA |
| 37 | Bedside chests located in master bedroom (2) | $100.00 | $100.00 | | $0.00 | FA |
| 38 | Chests located in master bedroom (2) | $200.00 | $200.00 | | $0.00 | FA |
| 39 | TV cabinet located in master bedroom | $237.50 | $237.50 | | $0.00 | FA |
| 40 | Children's watercolors located in master bedroom | $112.50 | $112.50 | | $0.00 | FA |
| 41 | Computer | $75.00 | $75.00 | | $0.00 | FA |
| 42 | 4-drawer file cabinet located in master bedroom | $15.00 | $15.00 | | $0.00 | FA |
| 43 | Lamps located in master bedroom (2) | $200.00 | $200.00 | | $0.00 | FA |
| 44 | Lamp located in master bedroom | $30.00 | $30.00 | | $0.00 | FA |
| 45 | Round stool located in master bedroom | $15.00 | $15.00 | | $0.00 | FA |
| 46 | Eagle located in master bedroom (1) | $15.00 | $15.00 | | $0.00 | FA |
| 47 | Sofa located in den | $150.00 | $150.00 | | $0.00 | FA |
| 48 | Chair and ottoman located in den | $125.00 | $125.00 | | $0.00 | FA |
| 49 | Club chair located in den | $37.50 | $37.50 | | $0.00 | FA |
| 50 | Trunk located in den | $75.00 | $75.00 | | $0.00 | FA |
| 51 | Plant stand in Den | $35.00 | $35.00 | | $0.00 | FA |
| 52 | Wall clock in den | $100.00 | $100.00 | | $0.00 | FA |
| 53 | Floor lamps in den (2) | $35.00 | $35.00 | | $0.00 | FA |
| 54 | Rug in Den | $600.00 | $87.50 | | $0.00 | $87.50 |
| 55 | Washer in Utility Room | $100.00 | $100.00 | | $0.00 | FA |
| 56 | Dryer in utility room | $100.00 | $100.00 | | $0.00 | FA |

| Case No.: | 13-51352 | | | Trustee Name: | Walter W. Kelley |
|---|---|---|---|---|---|
| Case Name: | GREEN SR, DAVID F. | | | Date Filed (f) or Converted (c): | 05/29/2013 (f) |
| For the Period Ending: | 03/31/2016 | | | §341(a) Meeting Date: | 07/03/2013 |
| | | | | Claims Bar Date: | 02/03/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 57 Double bed in upstairs girls room | $75.00 | $75.00 | | $0.00 | FA |
| 58 Bassinet located in girl's upstairs bedroom | $50.00 | $50.00 | | $0.00 | FA |
| 59 Blanket stand located in girl's upstairs bedroom | $25.00 | $25.00 | | $0.00 | FA |
| 60 Fieldstone picture located in girl's upstairs be | $30.00 | $30.00 | | $0.00 | FA |
| 61 Small cabinet located in boy's upstairs bedroom | $40.00 | $40.00 | | $0.00 | FA |
| 62 Bookcase located in boy's upstairs bedroom | $40.00 | $40.00 | | $0.00 | FA |
| 63 Rocker and ottoman located in boy's upstairs bed | $40.00 | $40.00 | | $0.00 | FA |
| 64 Plant stand located in boy's upstairs bedroom | $35.00 | $35.00 | | $0.00 | FA |
| 65 Lamps located in boy's upstairs bedroom (2) | $20.00 | $20.00 | | $0.00 | FA |
| 66 Refrigerator located in garage | $50.00 | $50.00 | | $0.00 | FA |
| 67 Glass table located in garage | $75.00 | $75.00 | | $0.00 | FA |
| 68 Bench located in garage | $30.00 | $30.00 | | $0.00 | FA |
| 69 Work table with four drawers located in garage | $50.00 | $50.00 | | $0.00 | FA |
| 70 Ladder located in garage | $15.00 | $15.00 | | $0.00 | FA |
| 71 Holiday decorations located in garage | $20.00 | $20.00 | | $0.00 | FA |
| 72 Rocking chairs located on side porch (2) | $40.00 | $40.00 | | $0.00 | FA |
| 73 Porch swing located on side porch | $25.00 | $25.00 | | $0.00 | FA |
| 74 Round table with glass top located on patio | $25.00 | $25.00 | | $0.00 | FA |
| 75 Chairs located on patio (4) | $40.00 | $40.00 | | $0.00 | FA |
| 76 Club chairs located on patio (2) | $35.00 | $35.00 | | $0.00 | FA |
| 77 Side table located on patio | $10.00 | $10.00 | | $0.00 | FA |
| 78 Grill located on patio | $35.00 | $35.00 | | $0.00 | FA |
| 79 TV in Kitchen/Den | $75.00 | $75.00 | | $0.00 | FA |
| 80 Refrigerator located in Kitchen/Den Cabin | $75.00 | $75.00 | | $0.00 | FA |
| 81 Coffee Table located in Kitchen/Den of cabin | $40.00 | $40.00 | | $0.00 | FA |
| 82 Swivel rocker and ottoman located in kitchen/den | $40.00 | $40.00 | | $0.00 | FA |
| 83 Lazy-Boy chair located in Den of cabin | $35.00 | $35.00 | | $0.00 | FA |
| 84 Large drop leaf table located in kitchen/den of | $40.00 | $40.00 | | $0.00 | FA |
| 85 Lamps located in kitchen/den of cabin (3) | $35.00 | $35.00 | | $0.00 | FA |
| 86 Table, round located in kitchen/den of cabin | $25.00 | $25.00 | | $0.00 | FA |

FORM 1

Page No: 4

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 13-51352 | | | Trustee Name: | Walter W. Kelley |
|---|---|---|---|---|---|
| Case Name: | GREEN SR, DAVID F. | | | Date Filed (f) or Converted (c): | 05/29/2013 (f) |
| For the Period Ending: | 03/31/2016 | | | §341(a) Meeting Date: | 07/03/2013 |
| | | | | Claims Bar Date: | 02/03/2014 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 87 | Chairs located in kitchen/den of cabin (6) | $90.00 | $90.00 | | $0.00 | FA |
| 88 | Deer Head located in den in cabin | $10.00 | $10.00 | | $0.00 | FA |
| 89 | Rugs (2) located in den in cabin | $150.00 | $150.00 | | $0.00 | FA |
| 90 | Microwave located in cabin | $10.00 | $10.00 | | $0.00 | FA |
| 91 | Kitchen stools located in kitchen in cabin (2) | $10.00 | $10.00 | | $0.00 | FA |
| 92 | CD player located in den in cabin | $10.00 | $10.00 | | $0.00 | FA |
| 93 | Pair of bunk beds located in bunk room | $150.00 | $150.00 | | $0.00 | FA |
| 94 | Round table located in bunk room in cabin | $40.00 | $40.00 | | $0.00 | FA |
| 95 | TV corner cabinet located in den in cabin | $140.00 | $140.00 | | $0.00 | FA |
| 96 | TV , small located in bunk room in cabin | $10.00 | $10.00 | | $0.00 | FA |
| 97 | Chest, small located in bunk room in cabin | $10.00 | $10.00 | | $0.00 | FA |
| 98 | Lamps (2) located in den in cabin | $20.00 | $20.00 | | $0.00 | FA |
| 99 | Book cases (2 smal) located in bunk room in cabin | $20.00 | $20.00 | | $0.00 | FA |
| 100 | Wash stand located in hall in bunk room in cabin | $125.00 | $125.00 | | $0.00 | FA |
| 101 | Towel tower located in hall bath | $10.00 | $10.00 | | $0.00 | FA |
| 102 | Rug located in hall bath | $12.50 | $12.50 | | $0.00 | FA |
| 103 | Chair located in second bath in cabin | $20.00 | $20.00 | | $0.00 | FA |
| 104 | Lamps (2) located in bedroom in cabin | $20.00 | $20.00 | | $0.00 | FA |
| 105 | Chair and ottomon located in Bedroom No. 2 in ca | $40.00 | $40.00 | | $0.00 | FA |
| 106 | Book case located in second bedroom in cabin | $30.00 | $30.00 | | $0.00 | FA |
| 107 | Side table located in second bedroom in cabin | $20.00 | $20.00 | | $0.00 | FA |
| 108 | Queen bed located in Bedroom No 3 of cabin | $100.00 | $100.00 | | $0.00 | FA |
| 109 | Chest of Drawers located in Bedroom No. 3 in cab | $45.00 | $45.00 | | $0.00 | FA |
| 110 | Round side tables (2) located in Bedroom No. 3 | $40.00 | $40.00 | | $0.00 | FA |
| 111 | Baby bed located in Bedroom No. 3 in cabin | $50.00 | $50.00 | | $0.00 | FA |
| 112 | Yard tools located in basement in cabin | $50.00 | $50.00 | | $0.00 | FA |
| 113 | Desks (2) located in basement at cabin | $80.00 | $80.00 | | $0.00 | FA |
| 114 | Desk chair located in basement at cabin | $25.00 | $25.00 | | $0.00 | FA |

| Case No.: | 13-51352 | | | Trustee Name: | Walter W. Kelley |
|---|---|---|---|---|---|
| Case Name: | GREEN SR, DAVID F. | | | Date Filed (f) or Converted (c): | 05/29/2013 (f) |
| For the Period Ending: | 03/31/2016 | | | §341(a) Meeting Date: | 07/03/2013 |
| | | | | Claims Bar Date: | 02/03/2014 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 115 | Bookcase, yellow, chest located in basement | $40.00 | $40.00 | | $0.00 | FA |
| 116 | Rugs (2) located in basement at cabin | $45.00 | $45.00 | | $0.00 | FA |
| 117 | Washer/Dryer located in basement at cabin | $150.00 | $150.00 | | $0.00 | FA |
| 118 | Rocking horse located in basement | $10.00 | $10.00 | | $0.00 | FA |
| 119 | Coffee cups located in basement at cabin | $10.00 | $10.00 | | $0.00 | FA |
| 120 | Tables folding (2) located in basement at cabin | $30.00 | $30.00 | | $0.00 | FA |
| 121 | Stools (5) located in basement at cabin | $30.00 | $30.00 | | $0.00 | FA |
| 122 | Chairs (2) located on front porch at cabin | $30.00 | $30.00 | | $0.00 | FA |
| 123 | Church bench located in garage at cabin | $35.00 | $35.00 | | $0.00 | FA |
| 124 | Book case located in basement at cabin | $25.00 | $25.00 | | $0.00 | FA |
| 125 | Books, assorted located in living room | $90.00 | $90.00 | | $0.00 | $90.00 |
| 126 | Painting, Germany (12x15) located in living room | $75.00 | $75.00 | | $0.00 | $75.00 |
| 127 | Portrait of daughter located in foyer | $50.00 | $50.00 | | $0.00 | FA |
| 128 | 6 small paintings | $75.00 | $75.00 | | $0.00 | FA |
| 129 | Family pictures located in hallway | $15.00 | $15.00 | | $0.00 | FA |
| 130 | Main Street house picture located in half-bath | $40.00 | $40.00 | | $0.00 | FA |
| 131 | Christmas Card (3) pictures located in half-bath | $5.00 | $5.00 | | $0.00 | FA |
| 132 | Map picture located in upstairs hall | $15.00 | $15.00 | | $0.00 | FA |
| 133 | Assorted books located in master bedroom | $10.00 | $10.00 | | $0.00 | FA |
| 134 | Family portrait in den | $250.00 | $250.00 | | $0.00 | FA |
| 135 | Assorted books in den | $125.00 | $125.00 | | $0.00 | FA |
| 136 | Map picture located in den | $175.00 | $175.00 | | $0.00 | FA |
| 137 | Telegraph picture in utility room | $25.00 | $25.00 | | $0.00 | FA |
| 138 | Eagle print located in den in cabin | $175.00 | $72.50 | | $0.00 | $72.50 |
| 139 | Dames Ferry Print located in den in cabin | $60.00 | $60.00 | | $0.00 | $60.00 |
| 140 | Portrait of son in hall of cabin | $25.00 | $25.00 | | $0.00 | $25.00 |
| 141 | Print located in bedroom in cabin | $30.00 | $30.00 | | $0.00 | FA |
| 142 | Pictures (3) located in Bedroom No. 3 in cabin | $75.00 | $75.00 | | $0.00 | $75.00 |
| 143 | Men's clothing, assorted | $300.00 | $300.00 | | $0.00 | $300.00 |
| 144 | Man's wedding band | $75.00 | $75.00 | | $0.00 | FA |
| 145 | Rolex watch | $1,000.00 | $4,000.00 | | $0.00 | $4,000.00 |

FORM 1

Page No: 6

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 13-51352 | Trustee Name: | Walter W. Kelley |
|---|---|---|---|
| Case Name: | GREEN SR, DAVID F. | Date Filed (f) or Converted (c): | 05/29/2013 (f) |
| For the Period Ending: | 03/31/2016 | §341(a) Meeting Date: | 07/03/2013 |
| | | Claims Bar Date: | 02/03/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 146 | 20-guage Baretta O/U | $800.00 | $800.00 | | $0.00 | $800.00 |
| 147 | Fishing pole in den | $25.00 | $25.00 | | $0.00 | $25.00 |
| 148 | Six fishing poles located in basement in cabin | $60.00 | $60.00 | | $0.00 | $60.00 |
| 149 | Fish cooking equipment located in cabin basement | $35.00 | $35.00 | | $0.00 | $35.00 |
| 150 | Misc. tools, nuts/bolts located in cabin basemen | $85.00 | $85.00 | | $0.00 | $85.00 |
| 151 | 12-guage Remington | $150.00 | $150.00 | | $0.00 | $150.00 |
| 152 | 12-guage Stevens | $75.00 | $75.00 | | $0.00 | $75.00 |
| 153 | 20-guage Browning | $100.00 | $100.00 | | $0.00 | $100.00 |
| 154 | 32-caliber SW pistol | $25.00 | $25.00 | | $0.00 | $25.00 |
| 155 | 38 Special | $150.00 | $150.00 | | $0.00 | $150.00 |
| 156 | Henry Rifle .22 caliber (new) | $250.00 | $250.00 | | $0.00 | $250.00 |
| 157 | Northwestern Mutual Life Insurance Policy Owner: | $6,756.42 | $0.00 | | $0.00 | $3,220.00 |
| 158 | Northwestern Mutual Life Insurance Policy Owner: | $740.73 | $0.00 | | $0.00 | FA |
| 159 | Northwestern Mutual Life Insurance Policy Owner: | $661.02 | $0.00 | | $0.00 | FA |
| 160 | Northwestern Mutual Life Insurance Policy Owner: | $6,356.89 | $0.00 | | $0.00 | $2,864.00 |
| 161 | Northwestern Mutual Insurance Policy Owner: Davi | $13,241.21 | $13,241.21 | | $0.00 | FA |
| 162 | Northwestern Mutual Lie Insurance Policy Owner: | $0.00 | $0.00 | | $0.00 | FA |
| 163 | Automobile Policy No. F1668674 - Safeco Policy P | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | : | | | | | |
| 164 | 401-K One Source Management 1801 West Moumee | $473.00 | $473.00 | | $0.00 | FA |
| 165 | IRA Atlantic Capital | $25,500.00 | $25,500.00 | | $0.00 | FA |
| 166 | 401K WLGB Atlantic Capital | $2,750.00 | $0.00 | | $0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 7

| Case No.: | 13-51352 | | | Trustee Name: | Walter W. Kelley |
|---|---|---|---|---|---|
| Case Name: | GREEN SR, DAVID F. | | | Date Filed (f) or Converted (c): | 05/29/2013 (f) |
| For the Period Ending: | 03/31/2016 | | | §341(a) Meeting Date: | 07/03/2013 |
| | | | | Claims Bar Date: | 02/03/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 167 | See Attachment B-14 | $32,733.00 | $32,000.00 | | $0.00 | $32,000.00 |
| 168 | See attached B-18 | $28,268.00 | $28,000.00 | | $0.00 | $28,000.00 |
| Asset Notes: | Orig. | | | | | |
| 169 | David F. Green, Sr. Charitable Remainder Trust - | $600.00 | $600.00 | | $0.00 | $600.00 |
| 170 | Georgia State Tax Credit (carry forward) for 201 | $29,228.00 | $29,000.00 | | $0.00 | $29,000.00 |
| 171 | Coldwell Banker License Agreement for Coldwell B | $0.00 | $10,000.00 | | $0.00 | $10,000.00 |
| 172 | Franchise Agreement with Coldwell Banker Real Est | $0.00 | $10,000.00 | | $0.00 | $10,000.00 |
| 173 | 2005 Chev Silverado Truck SN: 2GCEK13T751256109 | $2,149.50 | $2,149.50 | | $0.00 | FA |
| 174 | ATV | $2,000.00 | $2,000.00 | | $0.00 | $2,000.00 |
| 175 | Utility Trailer | $300.00 | $300.00 | | $0.00 | $300.00 |
| 176 | 1972 Chevrolet C-10 Pickup (Rusted - doesn't run | $300.00 | $300.00 | | $0.00 | FA |
| 177 | Fishing boat - 2-man, located at cabin | $75.00 | $75.00 | | $0.00 | $75.00 |
| 178 | 1960's 18 horsepower outboard motor located in cabin | $25.00 | $25.00 | | $0.00 | $25.00 |
| 179 | Water skis located at cabin | $150.00 | $150.00 | | $0.00 | $150.00 |
| 180 | Antique table at office - $400.00 | $400.00 | $100.00 | | $0.00 | $100.00 |
| 181 | Chair located in home office | $25.00 | $25.00 | | $0.00 | FA |
| 182 | Bookcase located in office | $25.00 | $25.00 | | $0.00 | FA |
| 183 | Fieldstone house picture located in home office | $50.00 | $50.00 | | $0.00 | $50.00 |
| 184 | Lamp located in home office | $20.00 | $20.00 | | $0.00 | FA |
| 185 | Desk located at office on Bass Road, Macon, GA | $150.00 | $150.00 | | $0.00 | FA |
| 186 | Tables located at office on Bass Road, Macon, GA | $200.00 | $200.00 | | $0.00 | FA |
| 187 | Chairs (3) located at office on Bass Road, Macon | $250.00 | $250.00 | | $0.00 | FA |
| 188 | Side Table located at office | $75.00 | $75.00 | | $0.00 | FA |
| 189 | Credenza located at office | $150.00 | $150.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 8

| Case No.: | 13-51352 | | | Trustee Name: | Walter W. Kelley |
| Case Name: | GREEN SR, DAVID F. | | | Date Filed (f) or Converted (c): | 05/29/2013 (f) |
| For the Period Ending: | 03/31/2016 | | | §341(a) Meeting Date: | 07/03/2013 |
| | | | | Claims Bar Date: | 02/03/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 190 | 2003 Lexus GX470 - Gift to Wife - Title interest | $0.00 | $8,000.00 | | $0.00 | $8,000.00 |
| 191 | Coins and misc. items | $16,475.00 | $16,000.00 | | $0.00 | $16,000.00 |
| 192 | Chain saw located in basement in cabin | $85.00 | $85.00 | | $0.00 | $85.00 |
| 193 | ACCOUNTS RECEIVABLE - amended Schedule B (docket #26) (u) | $28,268.00 | $28,268.00 | | $2,337.85 | $25,930.15 |

**TOTALS (Excluding unknown value)**                                                                                          **Gross Value of Remaining Assets**
                                   $344,139.77              $234,599.71                                     $4,675.70                    $204,345.30

---

**Major Activities affecting case closing:**

03/29/2016  Settlement offers have been received on non-exempt property.
            Offers under consideration. If accepted, Motion to Compromise to be filed.
03/25/2016  Certus Bank Claims: response due from Walt Jones
            if claim balances are accurate.
10/01/2015  Mark to Inspect house and HHG&G
02/16/2015  Check Claims

| Case No.: | 13-51352 | | | Trustee Name: | Walter W. Kelley |
| Case Name: | GREEN SR, DAVID F. | | | Date Filed (f) or Converted (c): | 05/29/2013 (f) |
| For the Period Ending: | 03/31/2016 | | | §341(a) Meeting Date: | 07/03/2013 |
| | | | | Claims Bar Date: | 02/03/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

1. Duplex 125 and 127 North Point Drive: Per notes, large judgments against debtor, BUT check for recording in county of this real estate. If not recorded, then property may be marketable.

2. 1/2 interest in Jones County lots: same as above.

3. 12 Cemetary lots: same as above.

6. Monroe County Bank checking account: $200.

7. Robins FCU: $44.00

8. Heritage Bank: $900.00

54. Rug in Den: $87.50

125. Books, assorted in living room: $90.00

126. Painting, Germany in Living Room : $75.00

138. Eagle Print in cabin den: $72.50

139. Dames Ferry Print in cabin den: $60.00

140. Portrait of son: $25.00

142. Pictures in BR #3 of Cabin: $75.00

143. Men's clothing: $300.00

145. Rolex Watch:  Request model, make, year, date of purchase, certificate of authenticity, boxes. Appraise watch.

146. Beretta Shotgun. 20 gauge o/u: $800.00

| | | **SUBTOTALS** | | $0.00 | $0.00 |

| Case No.: | 13-51352 | | | Trustee Name: | Walter W. Kelley |
| Case Name: | GREEN SR, DAVID F. | | | Date Filed (f) or Converted (c): | 05/29/2013 (f) |
| For the Period Ending: | 03/31/2016 | | | §341(a) Meeting Date: | 07/03/2013 |
| | | | | Claims Bar Date: | 02/03/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

147. Fishing Pole in den: $25.00

148. 6 Fishing Poles in cabin basement: $60.00

149. Fish Cooking Equipment: $35.00

150. Misc Tools, in cabin basement: $85.00

151. Remington Shot gun 12 gauge $150.00

152. Stevens Shot gun 12 gauge  $75.00

153.  Browning Shot gun 20 gauge  $100.00

154. Smith-Wesson Pistol (.32) $25.00

155. Pistol  38 Special $150.00

156. Rifle- Henry .22 caliber (new) $250.00

157: Life Insurance CSV: $3,220.00 nonexempt in this policy. Demand Turnover.

160. Life Insurance CSV: $2,864.00  nonexempt equity in this policy. Demand Turnover.

167:  Partnership Interests: $32,000 (min).  There are extensive interests in corporations and LLC's in which debtor retains an interest.

a. Get  a copy of LLC operating agreement.

b. Determine Debtor's rights under operating agreement.

c. If Debtor is the only member of the LLC, Trustee owns all rights and interests in the LLC.

| | | SUBTOTALS | | $0.00 | $0.00 |

| Case No.: | 13-51352 | | | Trustee Name: | Walter W. Kelley |
| Case Name: | GREEN SR, DAVID F. | | | Date Filed (f) or Converted (c): | 05/29/2013 (f) |
| For the Period Ending: | 03/31/2016 | | | §341(a) Meeting Date: | 07/03/2013 |
| | | | | Claims Bar Date: | 02/03/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

d. If LLC is a multi-member LLC, determine if operating agreement requires other members to buy out Debtor's interest, in which case Trustee can force other members to pay Trustee buy out price.

168. Debts owed to Debtor: ($28,000) See Amended Sch. B-18 for extensive list of loans by debtor to others. One loan that is collectible is from his daughter, Laura Green. Contact her to arrange for payments to Trustee.

169. David Green Charitable Remainder Trust: $600.00

170. Georgia State Tax Credit for $29,000. Ask Mr. Godbee if this is of any value.

171. License for Coldwell Banker Brokerage for Real Estate: determine if this asset has any value.

172. Franchise Agreement w/ Coldwell Banker: Determine if any value to this.

174. ATV  $2000.00

175. Utility Trailer  $300.00

177. Fishing Boat  $75.00

178. 18 HP motor  $25.00

179. Water Skis  $150.00

180. Antique Table $100.00

183. Fieldstone House picture: $50.00

189. Lexus transferred to Wife (2003 GX 470) $8,000

191. Coins and misc. $16,000

SUBTOTALS          $0.00          $0.00

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 12

| Case No.: | 13-51352 | Trustee Name: | Walter W. Kelley |
|---|---|---|---|
| Case Name: | GREEN SR, DAVID F. | Date Filed (f) or Converted (c): | 05/29/2013 (f) |
| For the Period Ending: | 03/31/2016 | §341(a) Meeting Date: | 07/03/2013 |
| | | Claims Bar Date: | 02/03/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

192. Chain Saw: $85.00

3/31/14 - evaluating Trustee's information and asset recovery work needed and claims to be asserted to seek recovery of assets.

| | | | | |
|---|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 07/02/2015 | Current Projected Date Of Final Report (TFR): | 07/02/2016 | /s/ WALTER W. KELLEY |
| | | | | WALTER W. KELLEY |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-51352 | | Trustee Name: | Walter W. Kelley |
|---|---|---|---|---|
| Case Name: | GREEN SR, DAVID F. | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***1340 | | Checking Acct #: | ******0659 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 04/01/2015 | | Blanket bond (per case limit): | $7,575,000.00 |
| For Period Ending: | 03/31/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/18/2014 | | Rabobank, N.A. | Transfer Funds | 9999-000 | $2,225.92 | | $2,225.92 |
| 08/29/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.62 | $2,224.30 |
| 09/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.47 | $2,220.83 |
| 10/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.58 | $2,217.25 |
| 11/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.46 | $2,213.79 |
| 12/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.57 | $2,210.22 |
| 01/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.56 | $2,206.66 |
| 02/18/2015 | 5001 | KELLEY LOVETT & BLAKEY P.C. | Bond Payment | 2300-000 | | $1.55 | $2,205.11 |
| 02/27/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.21 | $2,201.90 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.55 | $2,198.35 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.43 | $2,194.92 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.54 | $2,191.38 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.42 | $2,187.96 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.53 | $2,184.43 |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.52 | $2,180.91 |
| 09/15/2015 | (193) | Stone & Baxter | note receivable | 1221-000 | $2,337.85 | | $4,518.76 |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.22 | $4,513.54 |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $7.28 | $4,506.26 |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $7.03 | $4,499.23 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $7.26 | $4,491.97 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $7.22 | $4,484.75 |
| 02/08/2016 | 5002 | International Sureties LTD . | Ch. 7 Bond Payment, Bond #016027943 | 2300-000 | | $2.08 | $4,482.67 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $6.74 | $4,475.93 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $7.20 | $4,468.73 |

SUBTOTALS    $4,563.77    $95.04

**FORM 2**

**Page No: 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-51352 | Trustee Name: | Walter W. Kelley |
|---|---|---|---|
| Case Name: | GREEN SR, DAVID F. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***1340 | Checking Acct #: | ******0659 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 04/01/2015 | Blanket bond (per case limit): | $7,575,000.00 |
| For Period Ending: | 03/31/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | | |
|---|---|---|---|---|
| | **TOTALS:** | $4,563.77 | $95.04 | $4,468.73 |
| | **Less: Bank transfers/CDs** | $2,225.92 | $0.00 | |
| | **Subtotal** | $2,337.85 | $95.04 | |
| | **Less: Payments to debtors** | $0.00 | $0.00 | |
| | **Net** | $2,337.85 | $95.04 | |

| For the period of 04/01/2015 to 03/31/2016 | | For the entire history of the account between 08/18/2014 to 3/31/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,337.85 | Total Compensable Receipts: | $2,337.85 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,337.85 | Total Comp/Non Comp Receipts: | $2,337.85 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $2,225.92 |
| | | | |
| Total Compensable Disbursements: | $67.47 | Total Compensable Disbursements: | $95.04 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $67.47 | Total Comp/Non Comp Disbursements: | $95.04 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

| Case No. | 13-51352 | Trustee Name: | Walter W. Kelley |
|---|---|---|---|
| Case Name: | GREEN SR, DAVID F. | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***1340 | Checking Acct #: | ******2566 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 04/01/2015 | Blanket bond (per case limit): | $7,575,000.00 |
| For Period Ending: | 03/31/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/27/2013 | (1) | David F. Green Sr | $$ from daughter | 1110-000 | $2,337.85 | | $2,337.85 |
| 10/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $2,327.85 |
| 11/29/2013 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $10.00 | $2,317.85 |
| 12/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $10.00 | $2,307.85 |
| 01/03/2014 | 101 | INTERNATIONAL SURETIES | 2015 Bond #016027943 | 2300-003 | | ($1.94) | $2,309.79 |
| 01/03/2014 | 101 | INTERNATIONAL SURETIES | 2015 Bond #016027943 | 2300-000 | | $1.94 | $2,307.85 |
| 01/08/2014 | 102 | Kelley, Lovett & Blakey | 2015 Bond Reimbursement | 2300-000 | | $1.93 | $2,305.92 |
| 01/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $10.00 | $2,295.92 |
| 02/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $10.00 | $2,285.92 |
| 03/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $10.00 | $2,275.92 |
| 04/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $10.00 | $2,265.92 |
| 05/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $10.00 | $2,255.92 |
| 06/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $10.00 | $2,245.92 |
| 07/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $10.00 | $2,235.92 |
| 08/18/2014 | | Rabobank, N.A. | Bank Service Fee | 2600-000 | | $10.00 | $2,225.92 |
| 08/18/2014 | | Bank of Texas | Transfer Funds | 9999-000 | | $2,225.92 | $0.00 |

| | | | | SUBTOTALS | $2,337.85 | $2,337.85 | |

**FORM 2**

**Page No:** 4

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |  | |
|---|---|---|---|---|
| Case No. | 13-51352 | | Trustee Name: | Walter W. Kelley |
| Case Name: | GREEN SR, DAVID F. | | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***1340 | | Checking Acct #: | ******2566 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 04/01/2015 | | Blanket bond (per case limit): | $7,575,000.00 |
| For Period Ending: | 03/31/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $2,337.85 | $2,337.85 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $2,225.92 | |
| | | | **Subtotal** | | $2,337.85 | $111.93 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $2,337.85 | $111.93 | |

| For the period of 04/01/2015 to 03/31/2016 | | For the entire history of the account between 09/27/2013 to 3/31/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $2,337.85 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $2,337.85 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $111.93 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $111.93 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $2,225.92 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5

| | | |
|---|---|---|
| **Case No.** | 13-51352 | |
| **Case Name:** | GREEN SR, DAVID F. | |
| **Primary Taxpayer ID #:** | **-***1340 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 04/01/2015 | |
| **For Period Ending:** | 03/31/2016 | |

| | |
|---|---|
| **Trustee Name:** | Walter W. Kelley |
| **Bank Name:** | Rabobank, N.A. |
| **Checking Acct #:** | ******2566 |
| **Account Title:** | Checking Account |
| **Blanket bond (per case limit):** | $7,575,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $4,675.70 | $206.97 | $4,468.73 |

| For the period of 04/01/2015 to 03/31/2016 | | For the entire history of the account between 09/27/2013 to 3/31/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,337.85 | Total Compensable Receipts: | $4,675.70 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,337.85 | Total Comp/Non Comp Receipts: | $4,675.70 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $2,225.92 |
| | | | |
| Total Compensable Disbursements: | $67.47 | Total Compensable Disbursements: | $206.97 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $67.47 | Total Comp/Non Comp Disbursements: | $206.97 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $2,225.92 |

/s/ WALTER W. KELLEY

WALTER W. KELLEY